NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**WESTERN DIGITAL TECHNOLOGIES, INC., SANDISK TECHNOLOGIES, INC.,**
*Appellants*

**v.**

**LONGITUDE LICENSING LTD.,**
*Appellee*

———————————

2025-1584

———————————

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2023-01230.

———————————

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2        WESTERN DIGITAL TECHNOLOGIES, INC. V. LONGITUDE
                                              LICENSING LTD.

(2)  Each side shall bear their own costs.

FOR THE COURT

January 21, 2026
        Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** January 21, 2026